

**FILED**

**3:58 pm, 11/17/25**

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

**PIONEER OIL AND GAS**,

Petitioner,

vs.

**DOUG BURGUM,** et al.,

Respondents.

Case No.  24-CV-255-KHR

---

### ORDER GRANTING STIPULATED MOTION TO AMEND BRIEFING SCHEDULE

**THIS MATTER** comes before the Court on the Parties' *Stipulated Motion to Amend the Briefing Schedule* (the "*Motion*"). ECF No. 32. The Court, having considered the *Motion*, being fully advised in the premises, and finding good cause, hereby **GRANTS** the *Motion*.

The Court previously issued a *Scheduling Order* in this matter on June 24, 2025. ECF No. 28. Under that Order, Petitioners' Opening Brief was due October 6, 2025, and Respondents' Brief was due November 5, 2025. *Id.* at 3.

However, a *General Order Staying Case* [ECF No. 30] was issued on October 1, 2025. As a result, neither Petitioner's nor Respondents filed their respective briefs. On November 13, 2025, a *General Order Lifting the Stay* [ECF No. 31] was entered in this case. The Parties then filed the instant *Motion* requesting that the briefing deadlines be reset.  ECF No. 32.

The Court finds good cause to amend the schedule and hereby vacates the deadlines set in the prior *Scheduling Order*. ECF No. 28.

**IT IS THEREFORE ORDERED:**

1. Petitioner's Opening Brief shall be due **November 24, 2025**;

2. Respondents' Brief shall be due **December 24, 2025**; and

3. Petitioner's Reply Brief shall be due **January 7, 2026**.

Dated this 17th day of November, 2025.

_____
Scott P. Klosterman
United States Magistrate Judge